GARY A. CLARK, Cal. Bar No. 65455
E-mail: gclark@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

JOHN M. ROMARY (*pro hac vice*)
E-mail: john.romary@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendant
NAVY FEDERAL CREDIT UNION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Ronald A. Katz Technology Licensing, L.P., <br><br> Plaintiff, <br><br> v. <br><br> Avon Products, Inc., <br><br> Defendant. | Case No. CV 07-3672-GAF (FFMx) <br><br> **PROTECTIVE ORDER FOR SOURCE CODE AND IVR CODE OF DEFENDANT NAVY FEDERAL CREDIT UNION** <br><br> Discovery-Related Matter Before The Honorable Frederick F. Mumm |

WHEREAS the Final Discovery Case Management Order ("DCMO") entered by the Court on February 6, 2008, Section V.B.2.c, contains certain provisions requiring Defendants to produce Source Code and IVR Code to Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz Technology Licensing") at its counsel's office.

WHEREAS Katz Technology Licensing and Defendant Navy Federal Credit Union have stipulated and agreed to stay Navy Federal Credit Union's production of Source Code and IVR Code as described in Section V.B.2.c of the Final Discovery Case Management Order until April 14, 2008.

IT IS HEREBY ORDERED that any source code or IVR code produced by Navy Federal Credit Union to Katz Technology Licensing will be subject to the following provisions:

<u>Location of production</u>. Any source code requested by Katz Technology Licensing that is designated "HIGHLY CONFIDENTIAL SOURCE CODE" may be produced to Katz Technology Licensing at the Los Angeles office of Heller Ehrman.

<u>Source Code Format, Maintenance, and Destruction</u>. The source code a shall be produced in a fully machine-readable and electronically-searchable form. All source code designated "HIGHLY CONFIDENTIAL SOURCE CODE" shall be maintained on stand-alone computers that are not networked and have no Internet connection. The stand-alone computers shall contain two copies of the source code, a "master copy" and a "working copy" that can be annotated. No additional electronic copies of the source code shall be made by or on behalf of the receiving party.

If source code is produced to Heller Ehrman's offices, the nonparty shall produce the source code on a passcode-protected external hard drive, or on another generally accepted medium selected by the nonparty. The passcode for the hard drive or other storage device will be given only to Heller Ehrman. Heller Ehrman may use the hard drive or other storage device to create one "master copy" and one "working copy" on a stand-alone computer in a dedicated office. Heller Ehrman will store the passcode-protected hard drive or other storage device in a locked drawer within the dedicated office at all times. The dedicated office shall remain locked at all times except when source code review is underway. Only authorized Heller Ehrman personnel may possess copies of the keys to the dedicated office and locked drawer.

W02-WEST:LGA\400790355.1         -2-         PROTECTIVE ORDER FOR SOURCE CODE AND IVR CODE OF NAVY FEDERAL CREDIT UNION

1. All review of source code at Heller Ehrman's offices shall be performed under the supervision of authorized Heller Ehrman personnel, who shall escort any reviewing persons in and out of the secured offices and monitor their compliance with all provisions of the January 9, 2008, Protective Order (Docket No. 1092 in 2:07-ml-01816-B-RGK-FFM) and this Protective Order.

No stand-alone computer may be removed from its dedicated office until its "HIGHLY CONFIDENTIAL SOURCE CODE" contents have been destroyed. The receiving party shall certify that all "HIGHLY CONFIDENTIAL SOURCE CODE" contents (including electronic and paper copies) have been destroyed within sixty (60) days after final termination of this action.

<u>Cost</u>. If source code designated "HIGHLY CONFIDENTIAL SOURCE CODE" is produced at Heller Ehrman's offices, Katz Technology Licensing shall bear all costs of maintaining, storing, and reviewing the code at Heller Ehrman's offices.

<u>Supporting Documents and Software Utilities</u>. Any production of source code designated "HIGHLY CONFIDENTIAL SOURCE CODE" shall also include supporting documents and software utilities which allow the receiving party to view, search, and analyze the source code in the Master Copy. The supporting documents may include operating manuals, operator manuals, maintenance manuals, software or hardware engineering manuals, revision histories, debugging reports, or other documents. The source code tools may also include build libraries, build tools, compilers, analytical tools, or other software that would be used to perform a "build," as well as debugging materials. If software licenses are necessary for the receiving party to use said software utilities, it shall be the responsibility of the receiving party to pay for such licenses.

Katz Technology Licensing's counsel and consultants (cleared under the Court's Protective Order, filed January 9, 2008, Docket No. 1092 in 2:07-ml-01816-B-RGK-FFM) may use their own preferred software search and analysis tools on the

stand-alone computers. Within twenty-four (24) hours prior to loading said preferred software tools on the computer, Katz Technology Licensing shall provide a list of such preferred software tools to the producing nonparty.

<u>Printing</u>. The stand-alone computers will have one attached printer and portions of the source code may be printed provided that they are promptly bates labeled, stamped "HIGHLY CONFIDENTIAL SOURCE CODE", and produced via overnight delivery to the producing nonparty.

<u>Copies</u>. The receiving party may make up to twelve (12) copies on paper of the source code designated "HIGHLY CONFIDENTIAL SOURCE CODE" materials, solely for use by outside counsel and the outside consultants who are permitted access to source code designated "HIGHLY CONFIDENTIAL SOURCE CODE" under the terms of the January 9, 2008, Protective Order (Docket No. 1092 in 2:07-ml-01816-B-RGK-FFM). Such paper copies that become unavailable to the receiving party by being marked as a deposition exhibit, an exhibit to a submission to the Court, or as a hearing or trial exhibit may be replaced.

DATED: 4/24/08

THE HONORABLE FREDERICK F. MUMM
United States District Court Magistrate Judge